# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____ - _____

Judge

CLARENCE ALEXANDER FRITZ JR,

      Plaintiff (s)

Vs.

FLORIDA POWER & LIGHT

NEXTERA ENERGY, INC

      Defendant(s).

_____/

## COMPLAINT

I, Clarence Alexander Fritz Jr., plaintiff, in the above styled cause, sue defendant(s): Florida Power & Light and Nextera Energy, Inc.

This action is filed Title VII of the Civil Rights Act of 1964

Plaintiff Statement: Plaintiff Clarence Alexander Fritz Jr., is a 47 years old black male from the Bahamas. On May 11, 2016, Mr. Fritz, applied for a Journeyman/Linesman Position with Florida Power and Light (FPL) through its Human Resources Company Nextera Energy, Inc. Mr. Fritz meet the criteria of the position as listed in the job notice, having over 17 years of experience as a Journeyman Linesman. My Fritz achieved a certification as a linesman after completing a four

(4) year training program with the Bahamas Electrical Corporation located in Nassau, Bahamas a recognized Utility Corporation. Mr. Fritz has worked with several FPL's local contractors and has both knowledge and experience in FPL's utility systems. Mr. Fritz, FPL recruiter Janet Ayton, on May 18, 2016 Mr. Fritz was asked for a Certificate demonstrating that he completed a Linesman training program. On June 3, 2016, Miss. Ayton, had a telephone conversation with Mr. Fritz and told him that FPL would not hire him because his credentials were from the Bahamas and that are looking for a United States. On July 30, 2016 Mr. Fritz filed a complaint with the Equal Employment Opportunity Commission (EEOC), on December 18, 2017, a Dismissal and Notice of Rights was issued by EEOC.

I certify under penalty of perjury that the foregoing is true and correct.

Date. 07 / 01 / 2019

Respectfully submitted,

Clarence Alexander Fritz Jr.
2327 Raleigh St.
Hollywood, FL 33020
Tel (954) 589-9511
Email: hdcorp2@gmail.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-80355-MIDDLEBROOKS/Brannon

CLARENCE ALEXANDER FRITZ,

      Plaintiff,

v.

FLORIDA POWER & LIGHT,
NEXTRA ENERGY, INC.,

      Defendants.

_____/

### ORDER DISMISSING CASE

THIS CAUSE is before the Court *sua sponte*. Plaintiff's complaint was filed on March 19, 2018. (DE 1). The Complaint was not accompanied by the $400 filing fee required for civil cases in this District. This Court's rules require Plaintiffs to either pay the filing fee or seek permission to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

On March 20, 2018, the Clerk notified Plaintiff that the filing fee was pending and due in the amount of $400. (DE 3). The Magistrate Judge entered an Order of Instructions to Pro Se Litigants on April 2, 2018. (DE 6). On June 22, 2018, this Court issued an Order requiring Plaintiff to show cause on or before June 29, 2018 as to why this matter should not be dismissed for Plaintiff's failure to pay the filing fee. (DE 7). Plaintiff did not respond to the Order.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Complaint is **DISMISSED**. Plaintiff may re-file the Complaint upon the payment of the filing fee or the filing of a motion to proceed *in forma pauperis* in accordance with this Court's rules and procedures. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3 day of July, 2018.

          DONALD M. MIDDLEBROOKS
          UNITED STATES DISTRICT JUDGE

Copies to:     Clarence Alexander Fritz, *pro se*

EEOC Form 161 (11/16)                  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To | Clarence A. Fritz, Jr.<br>3420 N 22 Avenue<br>Hollywood, FL 33020 | From: | San Juan Local Office<br>525 F D Roosevelt Ave<br>1202 Plaza Las Americas<br>San Juan, PR 00918 |
|---|---|---|---|

[ ]  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 515-2016-00503 | Damien Luna,<br>Investigator | (787) 771-1436 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC: in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice, or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*(signature)*

**William R. Sanchez,**
**Local Office Director**

/8 Dec /7

*(Date Mailed)*

Enclosures(s)

Christin Russell, Attorney
Florida Power & Light
700 Universe Blvd
Juno Beach, FL 33408

Adrianna B. La Kam, Esq.
CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, FL 33314

Received

AUG 0 5 2016

| CHARGE OF DISCRIMINATION | AGENCY | | CHARGE NUMBER | | |
|---|---|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement | | FEPA | | | |
| | X | EEOC | **515-2016-00503** | | |

| State or local Agency, if any: X FCHR | | | S.S. No. | 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 |
|---|---|---|---|---|

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| MR. CLARENCE ALEXANDER FRITZ JR | 954-600-4097 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | | DATE OF BIRTH |
|---|---|---|---|
| P.O. BOX 120193 | FORT LAUDERDALE | 33317 | 07/06/1969 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | Telephone: |
|---|---|---|
| FLORIDA POWER LIGHT NEXTERA ENERGY, INC | | TEL (561) 694-3779 FAX (561) 691-7907 |
| | 14,300 | |
| NAME | | Telephone: |
| HUMAN RESOURCES DEPARTMENT | | TEL (561) 694-3779 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 700 UNIVERSE BLVD., JUNO BEACH, FL 33408-0402 | | PALM BEACH |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

DATE DISCRIMINATION TOOK PLACE *EARLIEST* 06/03/2016

| | X | Race | | Color | | Sex | | Religion | | Age | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Retaliation | X | National Origin | | Disability | | Other- Pregnancy | | | |

Mr. Fritz, is a 47 years old black male from the Bahamas. On **May 11, 2016**, Mr. Fritz, applied for a Journeyman/Lineman position with Florida Power & Light. Mr. Fritz, met the criteria of the position having over 17 years' experience as a Journeyman Lineman. Mr. Fritz attained certification as a Linesman after completing a 4 years apprenticeship program from the Bahamas Electricity Corporation, Nassau, Bahamas, and a recognized Utility Corporation in the world. Mr. Fritz, has worked as Journeyman Linesman with numerous Florida Power and Light approved contractors for over 3 years working on Florida Power & Light Distribution system. Mr. Fritz, FPL recruiter name is Janet Ayton, Miss. Ayton asked Mr. Fritz, for his Linesman Certificate after Mr. Fritz sent the Certificate, Miss. Ayton, stated in a telephone conversation on **May 18, 2016** that due to Mr. Fritz, is from the Bahamas and his credentials are from the Bahamas he would not be considered and that his application will inevitably be rejected, Miss. Ayton, also told Mr. Fritz, that FPL do not consider applicants credentials from the Bahamas. Mr. Fritz, stated that he felt that FPL position should be reviewed where he feels that he is being prejudiced/discriminated based on his National Origin via email, Miss. Ayton never replied. On **June 3, 2016**, just as Miss. Ayton, informed Mr. Fritz his application for employment was denied without reason. Attached are all email communication from 05/11/2016 TO 06/03/2016, with the exception of the 05/17/2016 telephone conversation with myself and Miss. Ayton.

AE's actions and discriminatory practices are illegal under Title VII, Section 1981, and the FCRA. *See, e.g., E.E.O.C. v. Beverage Canners, Inc.*, 897 F.2d 1067, 1068-69 (11th Cir. 1990). AE's treatment of Mr. Fritz, constitutes an adverse employment action within the meaning of the protective statutes cited above. *See, e.g., Nguyen v. City of Cleveland*, 229 F.3d 559, 562-63 (6th Cir. 2000); *accord* **Wallace v. Ga. Dept. of Transp.**, 212 Fed. App'x 799, 802 (11th Cir. 2006) (explaining that "the Supreme Court has defined an adverse employment action in context of a retaliation claim as an action by an employer that is harmful to the point that it could well dissuade a reasonable worker

Exhibit A

from making or supporting a charge of discrimination"); *see also* ***Brungart v. BellSouth Telecomm., Inc.***, 231 F.3d 791, 798 (11th Cir. 2000). Forcing productive employees out the door via blatant discrimination because of their race/ethnicity is against the law. AE's actions, the timing of AE's retaliation, and the surrounding circumstances create more than a sufficient showing of pretext.

I have been discriminated against on the basis of race, and National Origin in the hiring process to same, in violation of Section 1981, Title VII, the FCRA, and the Broward County Human Rights Act.

I want this charge filed with both the FCHR and local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| 08/25/2016<br>Clarence A. Fritz Jr | |
| SIGNATURE OF COMPLAINANT | |
| Date: ~~07/30/2016~~  08/25/2016 | SUBSCRIBED AND SWORN TO BEFORE ME THIS<br>~~30th DAY OF JULY, 2016~~ 25th August 08/25/2016<br><br>Notary Public<br><br>Jacques M. Saint-Vil<br>Commission # GG014541    (SEAL)<br>Expires: Nov. 14, 2020<br>Bonded thru Aaron Notary |

Exhibit A

Clarence A. Fritz Jr
2323 Raleigh St.
Hollywood FL 33020

7019 0160 0001 1436 6830




U.S. POSTAGE PAI
FCM LG ENV
DANIA, FL
33004
JUL 05, 19
AMOUNT
$4.65
R2304H107963-06

1020

33301

UNITED STATES
POSTAL SERVICE®

U.S. District Court
Southern District of Fl
Office of the Clerk
299 E. Broward Blv
Ste 108
Fort Lauderdale, FL 333
Fort Lauderdale, FL 3